UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
April 05, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Cadarien Roberts, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-17-3770 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

## Order of Adoption

On March 14, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that the court deny Cadarien Roberts's petition. (D.E. 13.) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed April __5__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge